IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INNOVATIVE OFFICE PRODUCTS, LLC,** | **CIVIL ACTION** |
| Plaintiff, | |
| | NO. 5:16-CV-00093-LS |
| v. | |
| | JURY TRIAL DEMANDED |
| **ESI ERGONOMIC SOLUTIONS, L.L.C.,** | |
| Defendant. | |

### STIPULATION OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, all parties to the above-captioned matter hereby stipulate to dismissal of the above-captioned matter, in its entirety, with prejudice. Each party shall bear its own costs associated with this matter.

Counsel for Plaintiff has obtained the consent of each counsel for Defendant to affix his or her respective electronic signature to this document. Counsel for all parties who have entered an appearance in this action have signed this stipulation.

Respectfully submitted,                                     Dated: September 1, 2016

**/Olin Ray Hebert, III/**                                  **/James J. Aquilina, II/**
**OLIN RAY HEBERT, III**                                    DESIGN IP, P.C.
WILSON SONSINI GOODRICH & ROSATI PC                         5050 W. TILGHMAN ST., SUITE 435
900 S CAPITAL OF TEXAS HIGHWAY                              ALLENTOWN, PA 18104
LAS CIMAS IV 5TH FL                                         610-395-4900 x115
AUSTIN, TX 78748                                            jamesaquilina@designip.com
512-338-5400
trey.hebert@gmail.com

**/Rachael P. McClure/**                                    **/Damon A. Neagle/**
**RACHAEL P. MCCLURE**                                      **DAMON ANDREW NEAGLE**
VINSON & ELKINS LLP                                         DESIGN IP, P.C.
2801 VIA FORTUNA SUITE 100                                  5050 W. TILGHMAN ST., SUITE 435
AUSTIN, TX 78746-7568                                       ALLENTOWN, PA 18104

512-542-8400  
rmcclure@velaw.com

610-395-4900 x111  
damonneagle@designip.com

**/Albert Shih/**  
**ALBERT SHIH**  
WILSON SONSINI GOODRICH & ROSATI  
650 PAGE MILL ROAD  
PALO ALTO, CA 94304  
650-493-9300  
ashih@wsgr.com

*Attorneys for Plaintiff*  
*Innovative Office Products, LLC*

**/Janice Le Ta/**  
**JANICE LE TA**  
VINSON & ELKINS LLP  
2801 VIA FORTUNA SUITE 100  
AUSTIN, TX 78746-7568  
512-542-8512  
jta@velaw.com

**/M. Craig Tyler/**  
**M. CRAIG TYLER**  
VINSON & ELKINS LLP  
2801 VIA FORTUNA SUITE 100  
AUSTIN, TX 78746-7568  
512-542-8440  
ctyler@velaw.com

**/Kyle Vos Strache/**  
**KYLE VOS STRACHE**  
COZEN O'CONNOR  
One Liberty Place  
1650 Market Streeet, Suite 2800  
PHILADELPHIA, PA 19103  
215-665-2747  
kvosstrache@cozen.com

*Attorneys for Defendant ESI ERGONOMIC SOLUTIONS, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2016, I caused the foregoing *JOINT STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii)* to be filed electronically through the Court's CM/ECF system.  This document is available for viewing and downloading from the CM/ECF system.  All parties to this action have consented to electronic service.


**Dated:  September 1, 2016**                              /James J. Aquilina/
                                                                          **James J. Aquilina**
                                                                          DESIGN IP, P.C.
                                                                          5050 W. TILGHMAN ST., SUITE 435
                                                                          ALLENTOWN, PA 18104
                                                                          610-395-4900 x115
                                                                          jamesaquilina@designip.com

                                                                          *Attorneys for Plaintiff*
                                                                          *Innovative Office Products, LLC*

3